**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Campbell Hatch, et al.

                           Plaintiff,

v.                                       Case No.: 1:20−cv−07168
                                                    Honorable Matthew F.
                                                    Kennelly

Wolters Kluwer United States, Inc. Health
Plan, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, October 22, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: The parties are to be prepared to address plaintiffs' motion to supplement [71] and its effect on summary judgment briefing at the telephonic status hearing set for 10/28/2022 at 9:05 AM. The parties should consider and discuss prior to that hearing whether it would be appropriate to combine any briefing that the Court permits on the motion to supplement to be conducted in conjunction with and as a part of summary judgment briefing. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.