IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAMPBELL HATCH AND PERRY HATCH, <br><br> Plaintiffs, <br><br> vs. <br><br> WOLTERS KLUWER UNITED STATES, INC. HEALTH PLAN & the WOLTERS KLUWER BENEFITS ADMINISTRATIVE COMMITTEE, <br><br> Defendants. | Case No. 1:20-cv-07168 <br><br> District Judge Matthew F. Kennelley <br> Magistrate Judge Sheila M. Finnegan |

**PLAINTIFFS' CROSS-MOTION FOR JUDGMENT
ON THE ADMINISTRATIVE RECORD**

Plaintiffs, by and through their undersigned counsel, respectfully cross move for Judgment on the Administrative Record pursuant to Fed. R. Civ. P. 52, the reasons for which are more fully set forth in Plaintiffs' Brief, filed concurrently herewith. Plaintiffs' Brief constitutes both Plaintiffs' Response Brief in Opposition to Defendants' Motion for Summary Judgment, and Plaintiffs' Brief in Support of Cross-Motion for Judgment on the Record. This Motion is further supported by Plaintiffs' Proposed Findings of Fact, and Plaintiffs' Responses and Objections to Defendants' Statement of Facts, also filed concurrently herewith.

Respectfully submitted this 11th day of November 2022.

/s/ Nancy B. Pridgen
Nancy B. Pridgen, Esq.
PRIDGEN BASSETT LAW, LLC
138 Bulloch Avenue
Roswell, Georgia 30075
Phone: 404.551.5884
Fax: 678.812.3654
Email: nancy@pridgenbassett.com

1

*/s/ David P. Baltmanis*
David P. Baltmanis, Esq.
Miner, Barnhill & Galland, P.C.
325 N. LaSalle St., Ste. 350
Chicago, IL 60654
Phone: 312.751.1170
Email: dbaltmanis@lawmbg.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 11th day of November 2022, a copy of the foregoing was filed electronically and served via the Court's ECF filing system on all counsel of record.

*/s/ Nancy B. Pridgen*
Nancy B. Pridgen, Esq.
